IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL I. MULLIN,

      Petitioner,                   No. CIV S-07-0682 GEB KJM P

      vs.

JIMMY WALKER, Warden,

      Respondent.                 <u>ORDER</u>

_____/

      This petition for writ of habeas corpus was dismissed on May 21, 2007. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: May 30, 2008.

                                          U.S. MAGISTRATE JUDGE

2
mull0682.158